IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CV-00218-FL

| | |
|---|---|
| EDWARD EADY, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )    ORDER FOR PAYMENT OF ATTORNEY<br>)    FEES, COSTS AND EXPENSES UNDER |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security, | )    THE EQUAL ACCESS TO JUSTICE ACT<br>)<br>) |
| Defendant. | )<br>) |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $6,021.30 ($6,000.00 in attorney's fees and $21.30 in expenses), in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $400.00 from the Treasury Judgment Fund. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Jonathan P. Miller, and mailed to his office at 1213 Culbreth Drive, Wilmington, North Carolina 28405, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this __16th__ day of March, 2022

_/s/ Louise W. Flanagan_
LOUISE W. FLANAGAN
United States District Judge