UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

EDWARD B. EADY )
        Plaintiff, )
    )
v. ) **JUDGMENT**
    )
    ) No. 7:20-CV-218-FL
KILOLO KIJAKAZI, Commissioner of )
Social Security, )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation as to payment of attorney fees and costs.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 16, 2022, it is ordered that defendant pay to plaintiff $6,000.00 in attorney's fees and $21.30 in expenses, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412, plus reimbursement of $400.00 in costs for the filing fees from the Treasury Judgment Fund.

**This Judgment Filed and Entered on March 16, 2022, and Copies To:**
Jonathan P. Miller (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

March 16, 2022        PETER A. MOORE, JR., CLERK

                        /s/ Sandra K. Collins
                        (By) Sandra K. Collins, Deputy Clerk